**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Central Source LLC,<br><br>Plaintiff,<br><br>v.<br><br>freeannualcreditreports.club, et al.,<br><br>Defendants. | No. CV-25-01610-PHX-KML<br><br>**ORDER** |

Upon consideration of plaintiff's Motion for an Order Regarding Service pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(II), and supporting documents,

**IT IS ORDERED** the Motion (Doc. 8) is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. That service of the complaint in this action via the method articulated in 15 U.S.C. § 1125(d)(2)(A)(ii)(II)(aa) is deemed sufficient to provide notice of this action;

2. Plaintiff shall provide a copy of this order through mail, email, and electronic portal to the registrant(s) of the defendant domain names, if the registrant(s) have made such contact information publicly available;

3. Plaintiff shall file a declaration within **twenty days** of this order describing the steps that have been taken to comply with this order; and

4. Any answer or other response to the complaint must be filed with the Clerk of Court, United States District Court for the District of Arizona, Phoenix Division, 401 W. Washington Street, Suite 130, SPC 1, Phoenix, AZ 85003-2118, within **twenty-one**

**days** from the date of service of this order. If no appearance or pleading is filed as required by this order, this court may render a judgment against the defendant domain names which could include the forfeiture or cancellation of the defendant domain names or the transfer of the defendant domain names to plaintiff.

5. If no appearance or pleading is filed as required by this order, plaintiff shall apply for entry of default within **thirty days** of this order and seek default judgment within **ten days** of defaults being entered.

Dated this 26th day of June, 2025.

Honorable Krissa M. Lanham
United States District Judge